52 Hamilton Place NYC Corp., Petitioner-Landlord-Respondent, 
against
Christine Araman, Respondent-Tenant-Appellant.



Tenant appeals from (1) an order of the Civil Court of the City of New York, New York County (Anne Katz, J.), dated June 13, 2016, which denied her second posteviction motion to be restored to possession of the premises in a nonpayment summary proceeding, and (2) an order (same court and Judge), dated June 13, 2016, which declined to sign her order to show cause.




Per Curiam.
Order (Anne Katz, J.), dated June 13, 2016, affirmed, without costs. Appeal from order (Anne Katz, J.), dated June 13, 2016, dismissed, without costs, as nonappealable.
We find no abuse of discretion in the denial of tenant's second application for posteviction relief in this nonpayment proceeding. Tenant offered no excuse for her multiple defaults in appearance nor any adequate explanation for her failure to comply with the terms of the stipulation of settlement. In this posture, and considering the substantial rental arrears which had amassed, "good cause" (RPAPL 749[3]) for vacating the warrant and restoring tenant to possession was absent (see Matter of 1621 St. Nicholas Ave Owners LLC v Cruz, 146 AD3d 409, 410 [2017]; cf. Lafayette Boynton Hsg. Corp. v Pickett, 135 AD3d 518 [2016]). In any event, since there is apparently a new tenant in possession who has not been made a party to this proceeding, restoration relief is unavailable (see Eight Assoc. v Hynes, 102 AD2d 746, 748 [1984], affd 65 NY2d 739 [1985]).
No appeal lies from the order declining to sign tenant's order to show cause (see Nall v Estate of Powell, 99 AD3d 411, 412 [2012], lv denied 20 NY3d 993 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 27, 2017